(80 South. 894)

LOUISVILLE & N. R. CO. v. HAYES. (5 Div. 703.) (Supreme Court of Alabama. Nov. 21, 1918.) Appeal from Circuit Court, Chilton County; Leon McCord, Judge. Controversy between the Louisville & Nashville Railroad Company and Roy L. Hayes. From the judg-

ment rendered, the former appeals. Appeal dismissed by agreement. Jones, Thomas & Fields, of Montgomery, and L. F. Gerald, of Clanton, for appellant. Middleton & Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed by agreement.

PER CURIAM. Appeal dismissed by agreement.